UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE MCKEE, | Case No.: 3:16-CV-00337-RCJ-VPC |
| Plaintiff, | |
| vs. | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 9) |
| DISTRICT ATTORNEY, *et al.,* | |
| Defendant | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 9) entered on October 25, 2017, in which the Magistrate Judge recommends the Court dismiss this action with prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's Orders (ECF Nos. 3 & 8). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No.9).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

///

1

1        IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

2 accordingly and close the case.

3        IT IS HEREBY ORDERED this 29th day of November, 2017.

_____
ROBERT C. JONES